Court of Appeals for the Fourth Circuit held in a suit brought by a Swedish seaman against a Norwegian steamship for injuries sustained while working on board as a member of her crew in a United States port that it was an abuse of discretion for the District Court to decline to take jurisdiction. The jurisdiction of the District Court in view of the treaty between the United States and Norway was not challenged, and both parties, as well as the court, apparently assumed that it was a matter within the discretion of the District Court.

The authorities we have cited lead us to the conclusion that the District Court was without jurisdiction to entertain the suit and the libel should have been dismissed for that reason rather than as an exercise of discretion.

In view of our conclusion that the District Court lacked jurisdiction of the suit, it becomes unnecessary to consider other points argued in the briefs.

Decree of the District Court dismissing the libel is affirmed, with costs to the appellee.

Clark R. Fletcher, of Minneapolis, Minn. (Junell, Driscoll, Fletcher, Dorsey & Barker, of Minneapolis, Minn., on the brief), for respondent.

Before STONE, GARDNER, and VAN VALKENBURGH, Circuit Judges.

STONE, Circuit Judge.

A careful analysis of the situation in this application for a writ of mandamus directed to Judge Molyneaux, of the District of Minnesota, convinces that the subject-matter of this controversy may be completely covered through an appeal, and that there are no particular circumstances which require use of this extraordinary writ of mandamus to preserve the rights of the parties completely. In this situation, and without examination of the merits of the controversy, it is our duty to deny the application for the writ. Ex parte Riddle, 255 U. S. 450, 41 S. Ct. 370, 65 L. Ed. 725; McClellan v. Carland, 217 U. S. 268, 30 S. Ct. 501, 54 L. Ed. 762; Minnesota & Ontario Paper Co. et al. v. Molyneaux (C. C. A.) 70 F.(2d) 545.

---

## HINELINE v. MOLYNEAUX, United States District Judge for the District of Minnesota.

No. 387.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1934.

Adrian H. David, of Minneapolis, Minn. (Mortimer H. Boutelle and Robert J. Flanagan, both of Minneapolis, Minn., on the brief), for petitioner.

## GENTRY et al. v. BILLING.

No. 7113.

Circuit Court of Appeals, Ninth Circuit.

Nov. 16, 1934.

